AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*March 29, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hector Javier Sanchez-Castillo | ) | Case No. 7:25-mj-00625-1 |
| YOB: 1974 / COC: Mexico | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  03/28/2025  in the county of  Starr  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 111 (a)(1) | whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferers with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties and where such acts involve physical contact with the victim of that assault |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

/s/Chandler Lentz
*Complainant's signature*

Chandler Lentz, Special Agent, FBI
*Printed name and title*

Sworn to me by reliable electronic means.

Date: 03/29/2025 at 3:56 p.m.

*Judge's signature*

City and state: McAllen, Texas

J. Scott Hacker, US Magistrate Judge
*Printed name and title*

Attachment A

On March 28, 2025, Border Patrol Agent (BPA) N.V. was working in their official capacity with United States Border Patrol (USBP) out of the Rio Grande City, Texas, USBP Station. N.V. was wearing his USBP issued uniform with clear USBP markings. N.V. was working in an area near Rio Grande City known for extensive alien and narcotics smuggling.

At approximately 8:30pm, BPA N.V. observed a raft, with five to six people on it, float across the Rio Grande River from Mexico into the United States. N.V. then observed suspected illegal aliens walking towards his location. When N.V. identified himself, the group of suspected aliens absconded. N.V pursued and caught up to one male, later identified as Hector Javier Sanchez-Castillo.

BPA N.V. attempted to detain Sanchez-Castillo to conduct an immigration inspection. Sanchez-Castillo physically resisted detention, including grabbing the fingers of N.V. and attempting to break his grasp, as well as attempted to take N.V.'s flashlight.

Additional agents responded while BPA N.V. was on the ground with Sanchez-Castillo. The agents were able to subdue Sanchez Castillo, where he continued to physically resistive detention. Sanchez Castillo was placed into BP custody. BPA N.V. later indicated he felt pain and discomfort in the abdomen from the struggle with Sanchez-Castillo.

Law enforcement officers attempted to interview Sanchez-Castillo at the Patrol Rio Grande City USBP Station, but he invoked his rights to an attorney.

BPA N.V. is a Border Patrol Agent employed with the United States government, namely a person designated in section 1114 of Title 18.

Sanchez-Castillo is a citizen and national of Mexico who was illegally present in the United States.

Based on the aforementioned information, your affiant respectively submits that Hector Javier Sanchez-Castillo committed violations of Title 18, United States code, section 111(a)(1), Assaulting a Federal Officer.