| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 7:25-mj-0625 |
| | § | |
| HECTOR JAVIER SANCHEZ-CASTILLO | § | |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Government respectfully requests that the Complaint in the above-numbered cause be dismissed without prejudice for the interest of justice.

WHEREFORE, premises considered, the Government prays that this Motion to Dismiss the Criminal Complaint numbered 7:25-mj-0625 against Hector Javier Sanchez-Castillo in all things be Granted.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY


/s/Jose A. Garcia
Jose A. Garcia
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

On April 10, 2025, I spoke with Rikin Shah, attorney for the defendant, and she stated that there is no opposition to the Government's motion to dismiss.

/s/Jose A. Garcia
Jose A. Garcia
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed, hand delivered, or e-mailed via ECF to Rikin Shah, attorney of record, on this the 25th day of September 2025.

/s/Jose A. Garcia
Jose A. Garcia
Assistant United States Attorney